IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY ANDERSON ) | |
| ) | Case No. 3:16-1356 |
| v. ) | JUDGE SHARP |
| ) | |
| OINK INC., and 100 FRANKLIN ROAD ) | |
| PARTNERS ) | |

## O R D E R

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Docket No. 19) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rules 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE